IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 07-cv-00217-WDM

MICHAEL HARRIS, as parent and next friend of BRADY HARRIS,

    Plaintiff,

v.

DENVER PUBLIC SCHOOLS, et al.,

    Defendants.

## NOTICE OF DISMISSAL

Miller, J.

This matter is before me on the Motion to Withdraw Plaintiff's Civil Complaint for Deprivation of Rights Pursuant to 42 U.S.C. § 1983 and Plaintiff's Motion for Preliminary Injunction. I construe this as a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1), and accordingly take judicial notice that the complaint is dismissed without prejudice.

DATED at Denver, Colorado, on February 5, 2007

            BY THE COURT:

            s/ Walker D. Miller
            United States District Judge